**United States District Court**
For the Northern District of California

*E-FILED ON 1/13/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRAULIO RODRIGUEZ and SILVIA RODRIGUEZ, individually and on behalf of the general public, | No. C05-02904 HRL |
| Plaintiffs, | **ORDER STAYING COURT ACTION** |
| v. | |
| SUMMIT MORTGAGE REALTY, INC., ESPERANZA VALVERDE, HERMAN COVARRUBIAS, CESAR PUENTE, CESAR VALVERDE, WMC MORTGAGE CORP., ALLIANCE TITLE COMPANY and FEREIDOON KHATAMI, | |
| Defendants. | |

Defendants Esperanza Valverde and Herman Covarrubias advise that the subject matter of plaintiffs' complaint is the basis of a criminal action currently pending against them in Santa Clara County Superior Court (*The People of the State of California v. Valverde and Corrubias*, CC585873). On December 16, 2005, all parties stipulated to a stay of the instant civil action pending the resolution of that criminal matter.[1] Pursuant to the parties' stipulation, this court issues the following order:

---

[1] Pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, all parties have expressly consented that all proceedings in this matter may be heard and finally adjudicated by the undersigned.

1.   All proceedings in the instant civil action shall be stayed until the completion of the criminal trial in the Santa Clara County Superior Court and the entry of a judgment by the state court in that action.

2.   Counsel for defendants Esperanza Valverde and Herman Covarrubias shall promptly notify this court when the criminal trial in the Santa Clara County Superior Court has been completed and a judgment has been entered by that court.  Further, counsel for Esperanza Valverde and Herman Covarrubias shall file a report advising this court of the status of the criminal matter on **April 14, 2006** (assuming that they have not otherwise reported that the criminal matter is complete by then).

3.   To the extent certain defendants have not yet answered or otherwise responded in the instant civil action, they shall do so no later than twenty days after counsel for Esperanza Valverde and Herman Covarrubias file a notice that the criminal trial in the Santa Clara County Superior Court has been completed and a judgment has been entered by that court.

4.   This court sets a tentative initial case management conference in the instant civil lawsuit for **June 27, 2006, 1:30 p.m. in Courtroom 2**.  The deadlines for the parties' meet/confer and initial disclosure obligations shall be adjusted accordingly.  *See* FED.R.CIV.P. 26; CIV. L.R. 16.  The June 27, 2006 conference date (and related meet/confer and disclosure deadlines) may be adjusted by this court based upon further reports as to the status of the criminal matter.

IT IS SO ORDERED.

Dated: January 13, 2006

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:05-cv-2904 Notice will be electronically mailed to:**

Philip M. Adleson padleson@ahk-law.com, tclark@ahk-law.com

Nancy M. Battel nancy@battelaw.com, battelaw@aol.com

Hsiao C. Mao mmao@ahk-law.com, dvajretti@ahk-law.com

James L. Stoelker jstoelker@mount.com, sretes@mount.com

Glenn H. Wechsler glenn@glennwechsler.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**A courtesy copy will be mailed to**:

Damian R. Fernandez
Law Offices of Damian R. Fernandez
900 East Hamilton Avenue
Suite 100
Campbell, CA 95008-0668

**Counsel is reminded of the obligation to register for e-filing under General Order No. 45**.

3