*E-FILED ON 8/25/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRAULIO RODRIGUEZ, et al.,<br><br>        Plaintiffs,<br>  v.<br><br>SUMMIT MORTGAGE REALTY, INC., et al.,<br><br>        Defendants.<br>_____/<br>JUAN MEDINA, et al.,<br><br>        Plaintiffs,<br>  v.<br><br>ARGENT MORTGAGE COMPANY, et al.,<br><br>        Defendants.<br>_____/ | No. C05-02904 HRL<br>No. C05-02905 HRL<br><br>**ORDER (1) CONTINUING STAY AND (2) RE-SETTING TENTATIVE CASE MANAGEMENT CONFERENCE** |

This court has received the "Status Report on Related Criminal Proceedings" filed on August 15, 2006 and August 17, 2006 by counsel for defendants Summit Mortgage Realty, Esperanza Valverde, Herman Covarrubias and Cesar Valverde (aka Cesar Ponte). They request a further stay of the instant actions in light of the ongoing criminal proceedings against Herman Corvarrubias and Esperanza Valverde and an anticipated continuance of the current October 23, 2006 date for the start of the criminal trial. There being no objection to the request, and good cause appearing, IT IS ORDERED THAT:

1.    The stay in the above-captioned actions is continued through **January 30, 2007**.

2.    If the criminal trial is completed before the end of this year, defendants shall promptly file a status report so advising the court and the parties to the instant actions. Otherwise, no later than **January 12, 2007**, counsel for Herman Covarrubias and Esperanza Valverde shall file a report in both actions advising of the status of the criminal matter.

3.    The tentative September 12, 2006 case management conference is vacated and is re-set for **February 27, 2007, 1:30 p.m. in Courtroom 2**. The deadlines for the parties' respective meet-and-confer and initial disclosure obligations shall be adjusted accordingly. The February 27, 2007 conference date (and related meet-and-confer and disclosure deadlines) may be adjusted by this court based upon further reports as to the criminal matter.

Dated:   August 25, 2006

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

**5:05-cv-2904 Notice will be electronically mailed to**:

Philip M. Adleson padleson@ahk-law.com, tclark@ahk-law.com

Nancy M. Battel nancy@battelaw.com, battelaw@aol.com

Hsiao C. Mao mmao@ahk-law.com, dvajretti@ahk-law.com

James L. Stoelker jstoelker@mount.com, sretes@mount.com

Glenn H. Wechsler glenn@glennwechsler.com

**5:05-cv-2905 Notice will be electronically mailed to:**

Philip M. Adleson padleson@ahk-law.com, tclark@ahk-law.com

Kerstin Arusha kerstina@lawfoundation.org

Peter N. Brewer pbrewer@brewerfirm.com, julia@brewerfirm.com

Moses Diaz mosesd@lawfoundation.org, moses@ucdavis-alumni.com

Matthew Greinert greinertm@howrey.com, jamesjimmy@howrey.com

Kyra Ann Kazantzis kyrak@lawfoundation.org

David A. Makman makmand@howrey.com,

Hsiao C. Mao mmao@ahk-law.com, dvajretti@ahk-law.com

Jack R. Nelson jnelson@reedsmith.com, cahunt@reedsmith.com; jnelson@reedsmith.com

Paul E. Rice price@rutan.com, jmccluskey@rutan.com

James F. Zahradka , II jamesz@lawfoundation.org, teresam@lawfoundation.org

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

3