ADLESON, HESS & KELLY
a Professional Corporation
Attorneys at Law
Phillip M. Adleson (SBN 69957
577 Salmar Avenue, Second Floor
Campbell, California 95008
Telephone: (408) 341-0234
Facsimile: (408) 341-0250
padleson@ahk-law.com

*ORDER FILED 2/26/07*

Attorneys for: Summit Mortgage Realty, Inc.,
dba: Summit Mortgage One, Esperanza Valverde,
Herman Michael Covarrubias, Cesar Valverde aka
Cesar Ponte

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| BRAULIO RODRIQUEZ, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>SUMMIT MORTGAGE REALTY, INC., et al.<br>-------------------------------------------------<br>JUAN MEDINA, et al<br><br>Plaintiffs,<br><br>vs.<br><br>ARGENT MORTGAGE COMPANY, et al<br>Defendants. | Case No: C 05-02904 HRL<br>Case No. C 05-02905 HRL<br><br>STIPULATION TO ALLOW DEFENDANT SUMMIT MORTGAGE REALTY, INC. dba SUMMIT MORTGAGE ONE, ESPERANZE VALVERDE, HERMAN COVARRUBIAS, CESAR VALVERDE, aka CESAR PONTE ADDITIONAL TIME TO REPLY TO PLAINTIFF'S OBJECTION TO DEFENDANT'S REQUEST FOR AN EXTENSION OF STAY AND TO CONTINUE HEARING DATE OF FEBRUARY 27, 2007 AT 10:00 A.M. TO _____ AT 10:00 A.M.<br><br>(MODIFIED BY THE COURT) |

THROUGH THE UNDERSIGNED, EACH PARTY TO THE ABOVE CAPTIONED ACTION HEREBY STIPULATES AND AGREES AS FOLLOWS:

1. Defendants Summit Mortgage Realty, Inc., dba: Summit Mortgage One, Esperanza Valverde, Herman Michael Covarrubias, Cesar Valverde aka Cesar Ponte ("Summit Defendants") shall have through February 27, 2007 to file a response to Plaintiff Juan Medina's Objection to Defendant Summit's Request for Extension of Stay filed on January 29, 2007.

2. Subject to the Court issuing an order pursuant to this stipulation, the hearing on the

1 extension of the stay originally scheduled for February 27, 2007 at 10:00 a.m. in Courtroom 2, shall be continued to Court's next available date for such hearing.

3. The stay shall remain in effect until the matter is heard.

4. Each of the undersigned has received a copy (along with this stipulation) of the Summit Defendants Ex Parte Request for "Application for Extension of Time to Reply to Plaintiff's Objection to Defendant's Request for an Extension of Stay and to Continue Hearing Date of February 27, 2007."

KYRA KAZANTZIS
JAMES F. ZAHRADKA, II
PUBLIC INTEREST LAW FIRM
FAIR HOUSING LAW PROJECT
111 West St. John Street, Suite 315
San Jose, CA 95113

Dated: February 23, 2007

JAMES F. ZAHRADKA, II, Attorneys for Plaintiffs, JUAN MEDINA et al.

JACK R. NELSON
REED SMITH, LLP
1999 Harrison Street, 24th Floor
Oakland, CA 94612

Dated: _____

JACK R. NELSON, Attorneys for Defendant ARGENT MORTGAGE COMPANY, INC.

JAMI WINTZ McKEON
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105

Dated: _____

JAMI WINTZ McKEON, Attorneys for Plaintiffs, BNC MORTGAGE, INC.

PETER BREWER/PAUL E. RICE, ESQ.
350 Cambridge Avenue, Suite 200
Palo Alto, CA 94306

Dated: _____

PAUL RICE Attorneys for Defendant, R-F FINANCIAL, INC.

1  extension of the stay originally scheduled for February 27, 2007 at 10:00 a.m. in Courtroom 2, shall be
2  continued to Court's next available date for such hearing.
3       3. The stay shall remain in effect until the matter is heard.
4       4. Each of the undersigned has received a copy (along with this stipulation) of the Summit
5  Defendants Ex Parte Request for "Application for Extension of Time to Reply to Plaintiff's Objection
6  to Defendant's Request for an Extension of Stay and to Continue Hearing Date of February 27, 2007."

KYRA KAZANTZIS
JAMES F. ZAHRADKA, II
PUBLIC INTEREST LAW FIRM
FAIR HOUSING LAW PROJECT
111 West St. John Street, Suite 315
San Jose, CA 95113

Dated: _____

JAMES F. ZAHRADKA, II, Attorneys for Plaintiffs, JUAN MEDINA

JACK R. NELSON
REED SMITH, LLP
1999 Harrison Street, 24th Floor
Oakland, CA 94612

Dated: 2/23/07

JACK R. NELSON, Attorneys for Defendant ARGENT MORTGAGE COMPANY, INC.

JAMI WINTZ McKEON
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105

Dated: _____

JAMI WINTZ McKEON, Attorneys for Plaintiffs, BNC MORTGAGE, INC.

PETER BREWER/PAUL E. RICE, ESQ.
350 Cambridge Avenue, Suite 200
Palo Alto, CA 94306

Dated: _____

PAUL RICE Attorneys for Defendant, R+ FINANCIAL, INC.

1 | extension of the stay originally scheduled for February 27, 2007 at 10:00 a.m. in Courtroom 2, shall be
2 | continued to Court's next available date for such hearing.

3 |    3.  The stay shall remain in effect until the matter is heard.

4 |    4.  Each of the undersigned has received a copy (along with this stipulation) of the Summit
5 | Defendants Ex Parte Request for "Application for Extension of Time to Reply to Plaintiff's Objection
6 | to Defendant's Request for an Extension of Stay and to Continue Hearing Date of February 27, 2007."

KYRA KAZANTZIS
JAMES F. ZAHRADKA, II
PUBLIC INTEREST LAW FIRM
FAIR HOUSING LAW PROJECT
111 West St. John Street, Suite 315
San Jose, CA  95113

Dated: _____

JAMES F. ZAHRADKA, II, Attorneys for Plaintiffs, JUAN MEDINA

JACK R. NELSON
REED SMITH, LLP
1999 Harrison Street, 24th Floor
Oakland, CA  94612

Dated: _____

JACK R. NELSON, Attorneys for Defendant ARGENT MORTGAGE COMPANY, INC.

JAMI WINTZ McKEON
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA  94105

*NOT ON THE COURT'S SERVICE EMAIL LIST-SIGNATURE NOT REQUIRED*

Dated: _____

*NOT ON COURT'S SERVICE LIST*

JAMI WINTZ McKEON, Attorneys for Plaintiffs, BNC MORTGAGE, INC.

PETER BREWER/PAUL E. RICE, ESQ.
350 Cambridge Avenue, Suite 200
Palo Alto, CA  94306

Dated: _____

PAUL RICE Attorneys for Defendant, R+ FINANCIAL, INC.

ADLESON, HESS & KELLY, APC
577 SALMAR AVE., 2D FL
CAMPBELL, CA 95008
(408) 341-0234
FAX (408) 341-0250
WWW.AHK-LAW.COM

1 extension of the stay originally scheduled for February 27, 2007 at 10:00 a.m. in Courtroom 2, shall be
2 continued to Court's next available date for such hearing.

3    3. The stay shall remain in effect until the matter is heard.

4    4. Each of the undersigned has received a copy (along with this stipulation) of the Summit
5 Defendants Ex Parte Request for "Application for Extension of Time to Reply to Plaintiff's Objection
6 to Defendant's Request for an Extension of Stay and to Continue Hearing Date of February 27, 2007."

KYRA KAZANTZIS
JAMES F. ZAHRADKA, II
PUBLIC INTEREST LAW FIRM
FAIR HOUSING LAW PROJECT
111 West St. John Street, Suite 315
San Jose, CA 95113

Dated: _____

JAMES F. ZAHRADKA, II, Attorneys for Plaintiffs, JUAN MEDINA

JACK R. NELSON
REED SMITH, LLP
1999 Harrison Street, 24th Floor
Oakland, CA 94612

Dated: _____

JACK R. NELSON, Attorneys for Defendant ARGENT MORTGAGE COMPANY, INC.

JAMI WINTZ McKEON
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105

Dated: _____

JAMI WINTZ McKEON, Attorneys for Plaintiffs, BNC MORTGAGE, INC.

PETER BREWER/PAUL E. RICE, ESQ.
350 Cambridge Avenue, Suite 200
Palo Alto, CA 94306

Dated: _____

PAUL RICE, Attorneys for Defendant, R+ FINANCIAL, INC.

C-05-02905 HRL    STIPULATION TO EXTEND TIME    Page 2

| | |
|---|---|
| 1 | |
| 2 | GLENN H. WECHSLER |
|   | LAW OFFICE OF GLENN WECHSLER |
|   | 1655 N. Main Street #230 |
| 3 | Walnut Creek, CA 94596 |
| 4 | Dated: _2/23/07_ _[signature]_ |
| 5 | GLENN H. WECHSLER, Attorneys for |
|   | Defendant, WMC MORTGAGE |
| 6 | |
| 7 | RODRIGUEZ MATTER: NANCY M. BATTELL |
|   | GREGORY REEVE-WILSON |
|   | LAW OFFICE OF NANCY M. BATTELL |
| 8 | 99 Almaden Blvd., #925 |
|   | San Jose, CA 95113 |
| 9 | |
| 10 | Dated: _____ |
| 11 | GREGORY REEVE-WILSON, Attorneys for |
|    | Plaintiffs, RODRIQUEZ |
| 12 | JAMES STOELKER |
|    | MOUNT & STOELKER |
| 13 | 333 W. San Carlos Street, Suite 1650 |
|    | San Jose, CA 95110 |
| 14 | |
| 15 | Dated: _____ |
| 16 | JAMES STOELKER, Attorneys for Defendants, |
|    | ALLIANCE TITLE COMPANY |
| 17 | PHILLIP M. ADLESON |
|    | ADLESON, HESS & KELLY, a PC |
| 18 | 577 Salmar Avenue, 2nd Floor |
|    | Campbell, CA 95008 |
| 19 | |
| 20 | |
| 21 | Dated: _____ |
|    | PHILLIP M. ADLESON, Attorneys for Summit |
| 22 | Mortgage Realty, Inc., dba: Summit Mortgage |
|    | One, Esperanza Valverde, Herman Covarrubias, |
| 23 | Cesar Puente aka Cesar Valverde |

ADLESON, HESS & KELLY, APC
577 Salmar Ave., 2nd Fl.
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0280

C-05-02905 HRL        STIPULATION TO EXTEND TIME        Page 3

```
 1                              GLENN H. WECHSLER
                                LAW OFFICE OF GLENN WECHSLER
 2                              1655 N. Main Street #230
                                Walnut Creek, CA 94596
 3
 4  Dated: _____
                                GLENN H. WECHSLER, Attorneys for
 5                              Defendant, WMC MORTGAGE

 6
    RODRIGUEZ MATTER:           NANCY M. BATTELL
 7                              GREGORY REEVE-WILSON
                                LAW OFFICE OF NANCY M. BATTELL
 8                              99 Almaden Blvd., #925
                                San Jose, CA 95113
 9
10  Dated: February 23, 2007    _____
                                GREGORY REEVE-WILSON, Attorneys for
11                              Plaintiffs, RODRIQUEZ

12                              JAMES STOELKER
                                MOUNT & STOELKER
13                              333 W. San Carlos Street, Suite 1650
                                San Jose, CA 95110
14
15  Dated: _____
                                JAMES STOELKER, Attorneys for Defendants,
16                              ALLIANCE TITLE COMPANY

17                              PHILLIP M. ADLESON
                                ADLESON, HESS & KELLY, a PC
18                              577 Salmar Avenue, 2nd Floor
                                Campbell, CA 95008
19
20
21  Dated: _____
                                PHILLIP M. ADLESON, Attorneys for Summit
22                              Mortgage Realty, Inc., dba: Summit Mortgage
                                One, Esperanza Valverde, Herman Covarrubias,
23                              Cesar Puente aka Cesar Valverde
24
25
26
27
28
```

ADLESON, HESS & KELLY, APC
577 Salmar Ave, 2nd Fl.
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250

C-05-02905 HRL         STIPULATION TO EXTEND TIME         Page 3

```
 1
 2                                          GLENN H. WECHSLER
                                            LAW OFFICE OF GLENN WECHSLER
 3                                          1655 N. Main Street #230
                                            Walnut Creek, CA 94596
 4  Dated: _____
                                            GLENN H. WECHSLER, Attorneys for
 5                                          Defendant, WMC MORTGAGE
 6
    RODRIGUEZ MATTER:                       NANCY M. BATTELL
 7                                          GREGORY REEVE-WILSON
                                            LAW OFFICE OF NANCY M. BATTELL
 8                                          99 Almaden Blvd., #925
                                            San Jose, CA 95113
 9
10  Dated: _____
                                            GREGORY REEVE-WILSON, Attorneys for
11                                          Plaintiffs, RODRIQUEZ
12                                          JAMES STOELKER
                                            MOUNT & STOELKER
13                                          333 W. San Carlos Street, Suite 1650
                                            San Jose, CA 95110
14
15  Dated: 2/23/07
                                            JAMES STOELKER, Attorneys for Defendants,
16                                          ALLIANCE TITLE COMPANY
17                                          PHILLIP M. ADLESON
                                            ADLESON, HESS & KELLY, a PC
18                                          577 Salmar Avenue, 2nd Floor
                                            Campbell, CA 95008
19
20
21  Dated: 2/23/07
                                            PHILLIP M. ADLESON, Attorneys for Summit
22                                          Mortgage Realty, Inc., dba: Summit Mortgage
                                            One, Esperanza Valverde, Herman Covarrubias,
23                                          Cesar Puente aka Cesar Valverde
```

## ORDER

Pursuant to the stipulation set forth above, and for good cause appearing, IT IS ORDERED that: (1) The Summit Defendants shall have through February 27, 2007, to Respond to Plaintiff Juan Medina's Objection to Defendant Summit's Request for Extension of Stay filed on January 29, 2007; (2) The hearing on the extension of the stay originally scheduled for February 27, 2007 at 10:00 a.m. in Courtroom 2, is hereby continued until March 13, 2007, 10:00 AM; and, (3) That the stay of these civil proceedings be extended until the motion is resolved by the Court.

Dated: February 26, 2007

_____
Honorable Howard R. Lloyd
United States Magistrate Judge

C-05-02905 HRL    STIPULATION TO EXTEND TIME    Page 4