**United States District Court**
For the Northern District of California

*E-FILED: 6/26/2007*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRAULIO RODRIGUEZ, et al., | No. C05-02904 HRL |
| Plaintiffs, | No. C05-02905 HRL |
| v. | |
| SUMMIT MORTGAGE REALTY, INC., et al., | **INTERIM ORDER RE SUMMIT DEFENDANTS' JUNE 15, 2007 REQUEST TO EXTEND STAY** |
| Defendants. | |
| JUAN MEDINA, et al., | |
| Plaintiffs, | |
| v. | |
| ARGENT MORTGAGE COMPANY, et al., | |
| Defendants. | |

On June 15, 2007, defendants Summit Mortgage Realty, Esperanza Valverde, Herman Covarrubias and Cesar Valverde (aka Cesar Ponte) (the "Summit Defendants") filed a "Status Report on Related Criminal Proceedings" in which they request an extension of the stay of the above-captioned lawsuits. There apparently is no objection to the requested extension in *Rodriguez v. Summit Mortgage Realty, Inc., et al.* (C05-02904 HRL). However, the plaintiffs in *Medina, et al. v. Argent Mortgage Company, et al.* (C05-02905 HRL) oppose any further extension of the stay. The Summit Defendants advise that they wish to file a reply brief before

the court issues a ruling.  Accordingly, IT IS ORDERED THAT:

    1.    The Summit Defendants' reply shall be filed no later than **June 29, 2007**.

    2.    The stay of these civil proceedings will be extended briefly until the court rules on the Summit Defendants' request for an extended stay.

    3.    The court is inclined to deem the matter submitted without oral argument. However, if, upon review of the parties' papers, the court determines that a hearing is necessary, it will so notify the parties.

Dated:   June 26, 2007

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:05-cv-2904 Notice will be electronically mailed to**:

Phillip M. Adleson padleson@ahk-law.com, tclark@ahk-law.com

Nancy M. Battel nancy@battelaw.com, battelaw@aol.com

Hsiao C. Mao mmao@ahk-law.com, dvajretti@ahk-law.com

James L. Stoelker jstoelker@mount.com, sretes@mount.com

Glenn H. Wechsler glenn@glennwechsler.com

**5:05-cv-2905 Notice will be electronically mailed to:**

Phillip M. Adleson padleson@ahk-law.com, tclark@ahk-law.com

Kerstin Arusha kerstina@lawfoundation.org

Karen A. Braje kbraje@reedsmith.com

Peter N. Brewer pbrewer@brewerfirm.com, julia@brewerfirm.com

Moses Diaz mosesd@lawfoundation.org, moses@ucdavis-alumni.com

Matthew Greinert greinertm@howrey.com, kasenenkop@howrey.com

Kyra Ann Kazantzis kyrak@lawfoundation.org

Courtney Lynn Landis clandis@morganlewis.com, cgreenblatt@morganlewis.com

David Alan Makman makmand@howrey.com, kasenenkop@howrey.com

Hsiao C. Mao mmao@ahk-law.com, dvajretti@ahk-law.com

Jami Wintz McKeon jmckeon@morganlewis.com, cgreenblatt@morganlewis.com

Jack R. Nelson cahunt@reedsmith.com, jnelson@reedsmith.com

Paul E. Rice price@rutan.com, smoody@civlit.com

James F. Zahradka , II jamesz@lawfoundation.org, teresam@lawfoundation.org

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.