Nancy M. Battel, State Bar No. 126548
LAW OFFICES OF NANCY M. BATTEL, JD MBA
99 Almaden Blvd., Suite 925
San Jose, CA 95113
Phone: (408) 297-5400
Fax: (408) 297-5407

Attorney For Braulio Rodriguez, Silvia Rodriguez

*ORDER E-FILED 10/27/2008*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BRAULIO RODRIGUEZ, et al.,<br><br>    Plaintiffs,<br>v.<br>SUMMIT MORTGAGE REALTY, INC. et al.,<br><br>    Defendants,<br><br>JUAN MEDINA, et al.,<br><br>    Plaintiffs,<br><br>v.<br>ARGENT MORTGAGE COMPANY, et al.,<br><br>    Defendants,<br><br>AND RELATED CROSS ACTIONS | Case No. C 05-02904 HRL<br><br>STIPULATION AND ORDER OF DISMISSAL |

## STIPULATION

Pursuant to Rule 41(a)(1)(I) and (ii), Federal Rules of Civil Procedure, Plaintiffs Braulio Rodriguez and Silvia Rodriguez and Defendant Fereidoon Khatami hereby stipulate to

STIPULATION AND ORDER RE: DISMISSAL

1  dismissal of all claims asserted against Defendant Fereidoon Khatami, each side bearing its
2  own costs and attorney's fees.

3  Dated: October 17, 2008            LAW OFFICES OF NANCY M. BATTEL, JD MBA

By: *Nancy M. Battel*
Nancy M. Battel
Attorney for Plaintiffs
BRAULIO RODRIGUEZ and SILVIA
RODRIGUEZ

Dated: October __, 2008

By: *Fereidoon Khatami*
Fereidoon Khatami, Defendant

### ORDER

On the stipulation of the parties, and good cause appearing therefore,

IT IS ORDERED that Plaintiffs' Complaint against Defendant be, and is hereby DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated: October 27, 2008

_____
Howard R. Lloyd
United States ~~District~~ Judge
Magistrate